UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ARTHUR UKANOWICZ : | |
|     Plaintiff, : | 3:18-cv-01112-VLB |
| v. : | |
| : | |
| KING, ET.AL., : | |
|     Defendants : | |
| : | JANUARY 2, 2020 |

## MOTION FOR RELIEF FROM APPOINTMENT

Now comes the undersigned counsel, and hereby moves this Honorable Court for relief from appointment the above-referenced case.

As ground for this motion, Attorney Satti asserts the following:

1. In accordance with Rule 6.2 of the Connecticut Rules of Professional Conduct, this appointment would be burdensome and result in an unreasonable financial burden to a small practice comprised of 2 attorneys, including myself, with limited resources.

2. I completed a Pro Bono case assigned to me (CA. No. 3:13-cv-00218 Charles v. Johnson, et al.) on or about May 10, 2016.

3. I completed a second case representing a prisoner (CA. No. 3:13-cv-01505 Charles v. Frazier, et al.) on or about March 27, 2018.

WHEREFORE, Counsel respectfully requests that his motion for relief be granted.

*[signature]*
Michael E. Satti (CT 01311)
Michael E. Satti Attorney at Law, LLC
125 Eugene ONeill Drive, Suite 105
New London, CT 06320
Phone: (860) 599-5988
Fax: (860) 442-4420
Email: msatti@satti-law.com

## CERTIFICATE OF SERVICE

I, Michael E. Satti, hereby certify that on this 3rd day of January, 2020, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record, including the following:

**Jacob McChesney**
Connecticut Office of the Attorney General
110 Sherman St.
Hartford, CT 06105
860-808-5450
jacob.mcchesney@ct.gov

*[signature]*
Michael E. Satti (CT 01311)

2